Russell Matthew Soloway, Law Office of Russell M. Soloway, P.C., Austin, TX, for Defendant–Appellant.

Mario Villa–Cuevas, pro se.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Mario Villa–Cuevas has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Villa–Cuevas has not filed a response. He has been released from prison and has been removed from the United States. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5th Cir. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

UNITED STATES of America,
Plaintiff–Appellee,

v.

Andres REYNA–MARES, also known as Andres Reyna Mares, Defendant–Appellant.

No. 12–10420
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Danny Duane Burns, Andres Reyna–Mares, FOrt Worth, TX, for Defendant–Appellant.

---

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Andres Reyna–Mares has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Reyna–Mares has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Reyna–Mares's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, Reyna–Mares's motion to have William R. Biggs appointed as his counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.